UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN A. BALDI,<br><br>    **Plaintiff,**<br>    v.<br><br>EDWARD BARSHAK, ALICE RICHMOND, ROBERT MULDOON, WILLIAM KENNEDY, III, MARGARET MARSHALL, JOHN WALL<br>    **Defendants.** | C. A. No. 2004-12511RWZ |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the defendants, Commonwealth of Massachusetts in the above-entitled case.

            COMMONWEALTH OF MASSACHUSETTS
            By its Attorneys

            THOMAS F. REILLY
            ATTORNEY GENERAL


            /s/ Rosemary Connolly
            Rosemary Connolly, BBO: 548047
            Assistant Attorney General
            One Ashburton Place, Rm 1813
            Boston, MA 02108
            (617) 727-2200, Ext. 3335

Date:  January 27, 2005

## CERTIFICATE OF SERVICE

    I, Rosemary Connolly, Assistant Attorney General, hereby certify that I have this day, January 27, 2005, served the foregoing **document**, upon all parties, by mailing a copy, first class, postage prepaid to:

        John A. Baldi, pro se
        19 Ledge St.
        Melrose, MA 02176


        /s/ Rosemary Connolly
        Rosemary Connolly