UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| John A. Baldi | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )      CA No.04 -12511RWZ |
| | ) |
| Edward Barshak, Alice Richmond, Robert Muldoon, | ) |
| Jr., Anthony Massiamiano, William Kennedy, III, | ) |
| Margaret Marshall, John Wall | ) |
|     Defendants. | ) |

_____)

## DEFENDANTS' MOTION TO ENLARGE TIME

Now come the Defendants in the above-named action and move this court to enlarge

time for filing a responsive pleading on behalf of the Defendants in this matter from February 14 to

March 15, 2005.  In support thereof  Defendants rely on the affidavit filed with this motion and

state that the plaintiff will not be prejudiced.

COMMONWEALTH OF MASSACHUSETTS
By its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Rosemary Connolly
Rosemary Connolly, BBO: 548047
Teresa Walsh BBO #550047
Assistant Attorney General
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200 ext. 3309

Dated:  January  27, 2005

-1-

## <u>CERTIFICATE OF SERVICE</u>

I, Rosemary Connolly, Assistant Attorney General, hereby certify that I have this day, January 27, 2005, served the foregoing **document**, upon all parties, by mailing a copy, first class, postage prepaid to:

John A. Baldi, pro se
19 Ledge St.
Melrose, MA 02176


/s/ Rosemary Connolly
Rosemary Connolly

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

John A. Baldi,

                    Plaintiff,

v.

Edward Barshak, Alice Richmond,
Robert Muldoon, Jr. Anthony
Massimiano, William Kennedy, III,
Margaret Marshall, John Wall,

                    Defendants.

CIVIL ACTION NO.04- 12511RWZ

### AFFIDAVIT OF TERESA WALSH

1.    My name is Teresa Walsh and I am the Assistant Attorney General who was assigned to this

matter on December 10, 2004.

2.    I received the complaint and waivers of service of summons dated November 30 in this matter

on December 16, 2004.

3.    I have been unable to serve and file a responsive pleading to plaintiff's Complaint on behalf of all

the defendants for the following reasons:

        a) I have been absent from my work as an assistant attorney general because of

previously scheduled medical leave for eye surgery,  previously  scheduled vacation and personal

leave, and several official state holidays.

        b) I have not received executed waivers of summons and other necessary

documents  from my clients.

4.      Pursuant to Local Rule 7.1 (A) (2) on January 26, 2005 I spoke with plaintiff who refused to

give me his assent to my motion .

Signed under the penalties of perjury this 27th day of  January,  2005.


/s/ Teresa Walsh
TERESA WALSH


Dated:  January 27, 2005