UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN A. BALDI, | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
|  | ) | C. A. No. 2004-12511RWZ |
| EDWARD BARSHAK, ALICE RICHMOND, ROBERT MULDOON, JR., WILLIAM KENNEDY, III, ANTHONY MASSIAMIANO MARGARET MARSHALL, JOHN WALL | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the defendants,

Commonwealth of Massachusetts in the above-entitled case.

COMMONWEALTH OF MASSACHUSETTS
By its Attorneys

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Teresa Walsh
Teresa Walsh, BBO #550047
Assistant Attorney General
One Ashburton Place, Rm 1813
Boston, MA 02108
(617) 727-2200, Ext. 3335

Date: January 27, 2005

Case 1:04-cv-12511-RGS    Document 5    Filed 01/27/2005    Page 2 of 3

## **CERTIFICATE OF SERVICE**

    I, Teresa Walsh, Assistant Attorney General, hereby certify that I have this day, January 27, 2005, served the foregoing **document**, upon all parties, by mailing a copy, first class, postage prepaid to:

        John A. Baldi, pro se
        19 Ledge St.
        Melrose, MA 02176


        /s/ Teresa Walsh
        Teresa Walsh