UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12511-RWZ

JOHN A. BALDI

v.

EDWARD BARSHAK, ALICE RICHMOND,
ROBERT MULDOON, JR., ANTHONY MASSIAMIANO,
WILLIAM KENNEDY, III, MARGARET MARSHALL,
JOHN WALL

ORDER OF RECUSAL

February 3, 2005

ZOBEL, D.J.

I hereby recuse myself from this case as several defendants are friends.

February 4, 2005
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE