# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal No. 04-cv-12511-RGS

Title: Baldi v. Barshak et al

## NOTICE

Please take notice that the above-entitled case previously assigned to Judge Zobel has been transferred to Judge Stearns for all further proceedings. From this date forward the number on all pleadings should be followed by the letter(s) RGS. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number <u>and</u> letter on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS
~~Clerk~~

By: _____
Deputy Clerk

Date: 2/9/05

_____  Please NOTE that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____  Please NOTE that the above case has been transferred to the Central Section in Worcester. All future filings should be made in duplicate at the Clerk's Office, U.S. District Court, The Chase Building, Room 600, 44 Front Street, Worcester, MA 01608.

Copies to:   Counsel, Systems Administrator

(transfer.ntc - 03/94)

[ntccsaegn.]