UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN A. BALDI

    V.                                            CIVIL ACTION NO. 04-12511-RGS

EDWARD BARSHAK, ET AL

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                                              **APRIL 8, 2005**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON DEFENDANTS' MOTION TO DISMISS ENTERED ON APRIL 6, 2005,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE.

SO ORDERED.

                                                                     RICHARD G. STEARNS
                                                                     UNITED STATES DISTRICT JUDGE

                **BY:**

                                                    **/s/ Mary H. Johnson**
                                                       **Deputy Clerk**