UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN A. BALDI, <br><br> Plaintiff <br><br> v. <br><br> EDWARD BARSHAK, et al., <br><br> Defendants | Civil No. 04-12511-RGS |

**PLAINTIFF'S OBJECTION TO THE COURT'S ORDER DATED MAY 12, 2005, DENYING HIS MOTION TO RECONSIDER THE COURT'S ORDER DATED APRIL 7, 2005, DISMISSING THE PLAINTIFF'S ORIGINAL AND AMENDED COMPLAINTS**

On May 12, 2005, the Court issued an order denying the plaintiff's motion it to reconsider its order dated April 7, 2005, granting the defendants motion to dismiss pursuant to Rule 12(b)(6), Fed. R. Civ. P.. The plaintiff objects and preserves all issues for appeal.

Respectfully submitted,

Dated: May 20, 2005

John A. Baldi, pro se
19 Ledge Street
Melrose, Ma. 02176
(781) 665-5011

CERTIFICATION OF SERVICE

I certify that on this date, May 20, 2005, a copy of the foregoing document was sent via U.S. Mail to Teresa Walsh, Esq., One Ashburton Place, 18th Floor, Boston, Ma. 02108-1598.