UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN A. BALDI,<br><br>　　　　　Plaintiff<br><br>v.<br><br>EDWARD BARSHAK, et al.,<br><br>　　　　　Defendants | Civil No. 04-12511-RGS |

### PLAINTIFF'S OBJECTION TO THE COURT'S ORDER DATED MAY 12, 2005, DENYING HIS MOTION TO SANCTION DEFENDANTS BARSHAK, RICHMOND, MULDOON, MASSIMANO, KENNEDY, WALL, AND THEIR COUNSEL TERESA WALSH

On May 12, 2005, the Court issued an order denying the plaintiff's motion to sanction the above named individuals pursuant to Rule 11(A), Fed. R. Civ. P.. The plaintiff objects and preserves the issue for appeal.

Dated: May 20, 2005

Respectfully submitted,

_____
John A. Baldi, pro se
19 Ledge Street
Melrose, Ma. 02176
(781) 665-5011

### CERTIFICATION OF SERVICE

I certify that on this date, May 20, 2005, a copy of the foregoing document was sent via U.S. Mail to Teresa Walsh, Esq., One Ashburton Place, 18th Floor, Boston, Ma. 02108-1598.

_____