UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN A. BALDI,<br><br>                Plaintiff<br><br>v.<br><br>EDWARD BARSHAK, ALICE RICHMOND,<br>ROBERT MULDOON, Jr., ANTHONY<br>MASSIMIANO, WILLIAM KENNEDY, III,<br>MARGARET MARSHALL, JOHN WALL,<br>RICHARD TISEI, MITT ROMNEY, and<br>THOMAS REILLY | Civil No. 04-12511-RGS<br><br>NOTICE OF APPEAL |

## PLAINTIFF'S NOTICE OF APPEAL TO THE FIRST CIRCUIT COURT OF APPEAL'S FROM A JUDGMENT OF A DISTRICT COURT

Notice is hereby given that JOHN A. BALDI, the PLAINTIFF in the above captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the orders of United States District Court Judge Richard G. Stearns, United States District Court for the District of Massachusetts, dated: April 7, 2005, granting the defendants their "Motion To Dismiss"pursuant to Rule 12(b)(6), Fed. R. Civ. P. (failure to state a claim upon which relief may be granted), thereby dismissing the plaintiff's original and amended complaints against defendants Edward Barshak, Alice Richmond, Robert Muldoon, Jr., Anthony Massimiano, William Kennedy, III, Margaret Marshall, John Wall, Richard Tisei, Mitt Romney and Thomas Reilly with prejudice; and his order dated May 12, 2005, denying the plaintiff's motion for the Court to reconsider it's order of April 7, 2005; and his order dated May 12, 2005, denying the plaintiff's motion for sanctions pursuant to Rule 11(A), Fed. R. Civ. P., against defendants Edward Barshak, Alice Richmond, Robert Muldoon, Jr., Anthony Massimiano, William

1

Kennedy, III, John Wall, and their counsel Teresa Walsh, for submitting untruthful documents to the Court; and from final judgment entered June ___ , 0025.

Respectfully submitted,

Dated: June ___ , 2005

*/s/ J. A. Baldi*

John A. Baldi, pros se
19 Ledge Street
Melrose, Ma. 02176
(781) 665-5011