

# United States Court of Appeals
## For the First Circuit

D.C. #04-12511
J. Stearns

No. 05-1841

JOHN A. BALDI,

Plaintiff, Appellant,

v.

EDWARD J. BARSHAK, ET AL.,

Defendants, Appellees.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA    SEP 08 2005
By:                Date:

Before

Boudin, <u>Chief Judge</u>,
Selya and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered:   September 8, 2005

Appellees' Motion for Summary Disposition is <u>granted</u>.
Substantially for the reasons discussed in the Memorandum and Order
of the district court, dated April 6, 2005, the order of dismissal
entered on April 8, 2005, and the order of May 12, 2005, denying
reconsideration, are <u>affirmed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:_____

Chief Deputy Clerk.


Certified Copy to Hon. Richard Stearns; Sarah Thornton, Clerk USDC

cc:  Mr. Baldi, Ms. Connolly & Ms. Walsh