CR: 04-12511
J. Stearns

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1841

JOHN A. BALDI,

Plaintiff, Appellant,

v.

EDWARD J. BARSHAK, ET AL.,

Defendants, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Selya and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: September 8, 2005

Appellees' Motion for Summary Disposition is <u>granted</u>. Substantially for the reasons discussed in the Memorandum and Order of the district court, dated April 6, 2005, the order of dismissal entered on April 8, 2005, and the order of May 12, 2005, denying reconsideration, are <u>affirmed</u>.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk

*Linda Bailey*
Deputy Clerk

Date: SEP 29 2005

**MARGARET CARTER**
By:_____
Chief Deputy Clerk.


Certified Copy to Hon. Richard Stearns; Sarah Thornton, Clerk USDC

cc:  Mr. Baldi, Ms. Connolly & Ms. Walsh